HARVEY SHAW, Respondent, v. WILLIAM DOMROE, Appellant.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that there are questions of fact which should be determined only upon a trial. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

130 CEDAR STREET CORPORATION, Appellant, v. THE COURT PRESS, INC., Respondent, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore'. and Cohn, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and deny the motion.

KNUD ENGELSTED, Appellant, v. PETER M. SIVERTSEN and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Certain Lands and Premises Situated in the Area Bounded by East 122nd Street, 1st Avenue, East 125th Street and Harlem River, in the Borough of Manhattan, City of New York, Duly Selected as a Site by the Tri-Borough Bridge Authority for an Additional Approach to the Tri-Borough Bridge and Approved by the Board of Estimate and Apportionment, According to Law. ALFRED A. LANZA, as Administrator, etc., of FELICIANA LANZA, Deceased, Claimant, Appellant; CITY OF NEW YORK, Respondent.— Final decree and the order, so far as appealed from, unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

MAE LEVINE and SAMUEL LEVINE, Additional Party Plaintiff by Order of the Court, Respondents, v. THE LONG ISLAND RAIL ROAD COMPANY, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff Mae Levine stipulates to reduce the judgment in her favor as entered to the sum of $10,187.70· in which event the judgment, as so modified, and the order are affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse and grant a new trial on the ground that the verdict is against the weight of the credible evidence and upon the further ground that the court committed error in its charge. Settle order on notice.

In the Matter of the Application of HARRY CLARREN, Petitioner, Respondent, for an Order Directing that the Arbitration Provided for in the Certain Contract in Writing Entered into on or about February 1, 1938, between the Petitioner and ANNA PAVITT BOUDIN, Appellant, Proceed Pursuant to the Provisions Thereof and Article 84 of the Civil Practice Act.— Order granting petitioner's motion that arbitration proceed and for a stay affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; Untermyer, J., dissents and votes to modify by directing that the issues of fact relating to the existence of the contract to arbitrate be tried in accordance with section 1450 of the Civil Practice Act.